In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00052-CV

                                                ______________________________

 

 

 

                                            IN
RE:  BARRY DWAYNE MINNFEE

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                              Memorandum
Opinion by Justice Carter

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Barry Dwayne Minnfee has filed a
petition for writ of mandamus in which, as nearly as we can ascertain, he asks
this Court to order the district court judge of the 354th Judicial District
Court “to Respond to Intentional Tort.” 
Minnfee provides no reasoning or analysis to support his demand.  He has attached a copy of what appears to be
a pleading entitled “Intentional Tort under color of State law Preliminary
Injunction,” which names counsel for the FBI as the defendant in the caption,
but not otherwise.  Minnfee refers to Al
Sharpton and the President’s review of his case, to surreptitious recording of
suspects, to violations of his privacy by staff and convicted homosexuals, to
allowing unauthorized individuals to read his records.  

            Although this Court has jurisdiction
to issue a writ of mandamus against a district judge, in order to be entitled
to such, a relator must establish that:  (1) there is no adequate remedy at law to
redress the alleged harm; and (2) only a ministerial act, not a discretionary
or judicial decision, is being sought.  State
ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana, 236 S.W.3d 207, 210 (Tex. Crim.
App. 2007). 

            Minnfee has met neither portion of
that standard in his petition.  

            We deny the petition for writ of
mandamus.  

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          May 18, 2011

Date
Decided:             May 19, 2011